

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MR. W FIREWORKS, INC., | § | No. 08-22-00077-CV |
| Appellant, | § | Appeal from the |
| v. | § | 98th Judicial District Court |
| NRZ INVESTMENT GROUP, LLC, NELSON N. LEE, AND ALICE K. LEE, | § | of Travis County, Texas |
| | § | (TC# D-1-GN-21-001715) |
| Appellees. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF FEBRUARY, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)